No. 10–10643.  MCCALL v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–941.  MASON v. THOMAS, INTERIM COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, 563 U. S. 960;

No. 10–1082.  HILL v. MUWWAKKIL, 563 U. S. 937;

No. 10–8284.  EPPS v. UNITED STATES, 562 U. S. 1241;

No. 10–8691.  DRIVER v. VIRGA, ACTING WARDEN, ET AL., 563 U. S. 909;

No. 10–8950.  HINCHLIFFE v. OPTION ONE MORTGAGE CORP., 562 U. S. 1299;

No. 10–9055.  COSCO v. LAMPERT, DIRECTOR, WYOMING DEPARTMENT OF CORRECTIONS, ET AL., 563 U. S. 910;

No. 10–9088.  BAKER v. HARDY, WARDEN, 563 U. S. 923;

No. 10–9113.  ANTONUCCI v. UNITED STATES, 563 U. S. 911;

No. 10–9117.  HUNT v. SMITH ET AL., 563 U. S. 963;

No. 10–9150.  MARTIN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 563 U. S. 964;

No. 10–9384.  SHABAZZ v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 563 U. S. 948;

No. 10–9569.  HILL v. OHIO, 563 U. S. 966; and

No. 10–9581.  FLUTE v. UNITED STATES, 563 U. S. 953.  Petitions for rehearing denied.

## JUNE 21, 2011

No. 10A1246.  MATHIS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Application for certificate of appealability, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 10–11102 (10A1247).  IN RE MATHIS.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.